IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PACCAR FINANCIAL CORP., ) <br> a corporation, ) <br>  ) <br>  Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> T. ROBERT CULVERHOUSE, an ) <br> individual, ) <br>  ) <br>  Defendants. ) | CIVIL ACTION NO. 1:03CV1056-M <br> [WO] |

## ORDER ON MOTION

On 30 August 2005, pursuant to this court's order of 18 November 2004, the plaintiff filed a Petition to Reinstate the action to the court's docket (Doc. # 20). The court entered an order on 31 August 2005 directing the plaintiff, inter alia, to file a supporting memorandum of law on or before 9 September 2005. The plaintiff has not complied with the court's order. The defendant filed a response to the motion on 12 September 2005 (Doc. # 22).

Although the plaintiff alleges that the defendant has not complied with payments under the Bankruptcy plan, and the defendant contends that it has complied, the court makes no findings in that regard. It is sufficient that the plaintiff has failed to comply with the court's order. Accordingly, it is

ORDERED that the motion is DENIED without prejudice.

DONE this 13th day of October, 2005.

                                    /s/ Vanzetta Penn McPherson
                                    VANZETTA PENN MCPHERSON